# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **In re**<br>**Joshua G. ANDERSON**[1]<br>*Petitioner* | **PETITION FOR EXTRAORDINARY RELIEF IN THE NATURE OF A WRIT OF HABEUS CORPUS** |
| **UNITED STATES**<br>*Respondent* | **NMCCA No. 201200499**<br><br>**Panel 3**<br><br>**O R D E R**<br><br>*Dismissing Petition for Lack of Jurisdiction* |

On 2 November 2021, Petitioner once again filed a Petition for Extraordinary Relief without providing a prima facie basis for this Court's jurisdiction to consider it. Accordingly, it is, this 5th day of January 2022,

**ORDERED:**

That the Petition is **DENIED** for lack of jurisdiction.[2]

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Prior to his discharge being executed, Petitioner was a Hospitalman Apprentice (E-2), U.S. Navy.

[2] *See In re Anderson*, No. 201200499 (N-M. Ct. Crim. App. May 11, 2021) (unpublished).